# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PETALUMA PEOPLE SERVICES CENTER, a California Non-profit corporation; FERNANDO BARAJAS; and, NADIA BARAJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ROHNERT PARK; COLUMBIA REDWOOD CREEK, LLC; WINDSOR PROPERTY MANAGEMENT CO.,<br><br>Defendants. | Case No. 3:17-cv-06597-WHO<br><br>[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT |

Based on the application of the parties and good cause appearing therefor, this case is hereby dismissed. The Court retains jurisdiction solely for purposes of enforcement of the settlement agreement.

IT IS SO ORDERED.

Dated: April 24, 2018



Hon. William H. Orrick
United States District Judge

**[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT – Case No. 3:17-cv-06597-WHO**

1